## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BENITO WILFREDO JUAREZ VILLAGREZ, | NO. 3:26-CV-72 |
| Petitioner, | |
| v. | |
| KRISTI NOEM; *et al.*, | |
| Respondents. | |

## CASE MANAGEMENT ORDER

The Court orders as follows:

1.     **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at:     usapaw.civ.imm.2241.moshannon@usdoj.gov.

2.     The subject line of the email shall contain the case caption and case number of this case.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  No other documents, pleadings, or motions may be emailed to this email address.

3.     **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

4.     **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **30 days** of the filing of Petitioner's Certificate of Compliance of Service.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

- 1 -

- 2 -

5. **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition within **30 days** of the date of service.

DATED this 26th day of January, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge